UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

Williams, Hal

-v-

Jurgens & Edward, LLP

U.S.C.A. # _____

U.S.D.C. # __07-cv-9755__

JUDGE: __KMW__

DATE: __MAR. 20 2008__

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                                              DOC. #

_____CLERK'S CERTIFICATE_____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____

( X ) Original Record                              ( _____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 20th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Williams

-v-

Fugong & Adwar, LLP

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07 cv 9755

JUDGE: KMW

DATE: Mar. 20, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 20th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09755-KMW
### Internal Use Only

Williams et al v. Furgang & Adwar, L.L.P. et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jomo Williams, J.K.M.W. Committee, Williams Family, Modtech.(jeh) (Entered: 11/13/2007) |
| 11/05/2007 | 2 | COMPLAINT against N.Y.S. D.O.C.S., R.K. Woods, US Postal, Furgang & Adwar, L.L.P., Steven Horowitz, U.S. Patent Office, U.S. Coppyright Office. Document filed by Jomo Williams, J.K.M.W. Committee, Williams Family, Modtech.(jeh) (Entered: 11/13/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL.; The Court grants plaintiff's request to proceed in forma pauperis, but for reasons set forth in this order, accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed because it fails to state a claim in which relief may be granted., 28 U.S.C. 1915(e)(2)(B) (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/05/2007) (jeh) (Entered: 11/13/2007) |
| 11/05/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2) (B) (ii) (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/05/2007) (jeh) (Entered: 11/13/2007) |
| 11/26/2007 | 5 | Objection re: 3 Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.). Document filed by Jomo Williams, Williams Family. (recvd in docketing on 1/10/08) (cd) (Entered: 01/11/2008) |
| 02/05/2008 | 6 | ORDER that the motions for reconsideration are denied. The Court's warning that plaintiff will be barred from filing future actions under the provisions set forth in 28 U.S.C. 1915(g) should he continue to file non-meritorious cases is still in effect. no further submissions shall be accepted under this docket number other than a notice of appeal. The Clerk of Court is directed to return to plaintiff any submissions that do not comply with this order. (Signed by Judge Kimba M. Wood on 2/5/08) (dle) (Entered: 02/06/2008) |
| 03/10/2008 | 7 | NOTICE OF APPEAL from 6 Order. Document filed by Jomo Williams. (tp) (Entered: 03/20/2008) |
| 03/10/2008 |  | Appeal Remark as to 7 Notice of Appeal filed by Jomo Williams. $455.00 APPEAL FEE DUE. IFP REVOKED 11/5/07. (tp) (Entered: 03/20/2008) |
| 03/20/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 03/20/2008) |
| 03/20/2008 |  | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 03/20/2008) |