# • MANDATE •

E.D.N.Y.-Bklyn
07-cv-828
Ross, J.

S.D.N.Y.-N.Y.C.
07-cv-9755
Wood, C.J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of February , two thousand eight,

Present:

Hon. Dennis Jacobs,
*Chief Judge.*

Hon. Sonia Sotomayor,

Hon. Reena Raggi,
*Circuit Judges.*



*In re* Jomo Williams,                                      07-4326-op

*In re* Jomo Williams,                                      07-5609-op

Petitioner, *pro se*, has filed petitions for a writ of mandamus; for leave to proceed *in forma pauperis*; and, in Dkt. No. 07-5609-op, for a "pre-injunction," a temporary restraining order, consolidation of all his outstanding cases, and appointment of counsel.  Upon due consideration, it is hereby ORDERED that the motions for leave to proceed *in forma pauperis* are GRANTED for the purpose

SAO-CMD

FEB 1 9 2008

ISSUED AS MANDATE:          MAR 3 1 2008

of filing the mandamus petitions. It is further ORDERED that the mandamus petitions and motions for a "pre-injunction" and temporary restraining order are DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief. *See In re von Bulow*, 828 F.2d 94, 98 (2d Cir. 1987). It is further ORDERED that the motions to consolidate and for appointment of counsel are DENIED because they lack an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

To the extent that Petitioner seeks to proceed with an appeal in Dkt. No. 07-4326-op, we decline to transfer the appeal to the district court as it is clearly baseless. *See Neitzke*, 490 U.S. at 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
SAO-CMD

by_____
DEPUTY CLERK

2